

F I L E D
5-23-08
MAY 23 2008   NR

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 417 |
| ) | |
| v. ) | |
| ) | Martin C. Ashman |
| STEFANIE GIESSELBACH and ) | United States Magistrate Judge |
| MAGNUS VON BUDDENBOCH ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrants in this matter before the Arrest Warrants can be executed could alert the defendants and other subjects and compromise an ongoing investigation. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until July 22, 2008, or the execution of the Arrest Warrants, whichever comes first.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
ANDREW S. BOUTROS
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-7641