## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 417 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Stefanie Giesselbach, et al. | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that this case is unsealed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|