# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 417 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Stefanie Giesselbach | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/23/2008. Defendant appears in response to arrest on 5/23/2008. Defendant informed of her rights. Enter order appointing Sergio F. Rodriguez of the Federal Defender Program as counsel for defendant for initial appearance purposes only. Government seeks detention. Detention hearing set for 5/29/2008 at 1:00 p.m. Defendant to remain in custody pending further court proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|