## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 417 - 1 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Stefanie Giesselbach | | |

**DOCKET ENTRY TEXT**

Detention hearing reset to 6/2/2008 at 1:00 p.m., by agreement of the parties.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|