IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 08-CR-417 |
| STEFANIE GIESSELBACH, | ) |
| | ) Judge Martin C. Ashman |
| Defendant | ) |

**CERTIFICATE OF SERVICE/FILING**

I hereby certify that on June 2, 2008, I manually filed my Motion for Leave to File Appearance and For Pre Trial Release Pursuant to 18 U.S.C 3142(g) with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Andrew Boutros
    U.S. Attorney's Office
    219 S. Dearborn St., 5th Fl.
    Chicago, Illinois 60604

and I hereby certify that on June 2, 2008, I sent by mailing by United States Postal Service, the document(s) to the following non-registered participant(s):

None

                                              Respectfully submitted,
                                              DZIEDZIAK & MARCUS, P.C.


                                              By: ___s/James I. Marcus____
                                                      James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, LTD.
100 West Monroe St. Suite: 309
Chicago, Illinois 60603
Tel: (312)443-5600
Fax: (312)443-5601