## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 417 - 1 | **DATE** | 6/2/2008 |
| **CASE TITLE** | USA vs. Stefanie Giesselbach | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/2/2008. Defendant's motion for leave to file appearance and for pre trial release pursuant to 18 U.S.C. 3142(G) [15] is granted. Order setting conditions of release to be prepared as stated orally in open court. Sergio F. Rodriguez is withdrawn as counsel for defendant. James L. Marcus is given leave to file his appearance as retained counsel for defendant. Defendant waives her right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:33

| | Courtroom Deputy Initials: | IS |
|---|---|---|