UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 417-1 |
| v. | ) | |
| | ) | |
| STEFANIE GIESSELBACH and MAGNUS VON BUDDENBROCK, | ) ) ) | Magistrate Judge Ashman |

## AFFIDAVIT

STEFANIE GIESSELBACH, being duly sworn, deposes and states as follows:

1. I am a named defendant in the above-captioned case. I am a citizen of Germany. My residence is Germany.

2. On May 23, 2008, I was charged by way of a criminal complaint filed in the above-captioned case.

3. I make these statements solely with regard to the issue of extradition proceedings. I do so willingly and without coercion for the purpose of assuring the United States District Court for the Northern District of Illinois that I will remain in this district and comply with all orders of the court, including without limitation all the conditions for my release.

4. I hereby voluntarily and irrevocably waive any rights to contest extradition from Germany or any other country to the United States, in relation to the charges set out in the complaint and any subsequent information or indictment in this case.

5. I recognize that the conditions for my release are designed to ensure that I remain in the Northern District of the State of Illinois in the United States throughout all proceedings in the case against me.

6.   In the event that I depart from the United States, I hereby consent to my extradition to the United States from Germany or from any other country, and I waive any and all rights I may have to contest my extradition to the United States from Germany or from any other country.

7.   I make this waiver freely and voluntarily, after having consulted with my attorney, James I. Marcus, with whose representation I am satisfied.

FURTHER AFFIANT SAYETH NOT.

_____
STEFANIE GIESSELBACH

SUBSCRIBED AND SWORN TO BEFORE ME
this 6 th day of June 2008

_____
HONORABLE MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE