UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
)
v. )
)
)
STEPHANIE GIESSELBACH )
)
)
)
)
)
)
)
)
)
)
) No. 08 CR 417-1
) Magistrate Judge Ashman



FILED
JUN 2 0 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on June 6, 2008, and for and in consideration of bond being set by the Court for defendant in the amount of $181,944.97 (which is comprised of $100,000 cash posted with the Clerk of the Court and $81,944.97 as home equity as set forth below), being partially secured by real property KURT LERCHER hereby warrants and agrees:

1. KURT LERCHER warrants that he is the sole record owner and titleholder of the real property located at 655 West Irving #4701, Chicago, Illinois, and described legally as follows:

   UNIT 4701 AND B-126 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN PARK PLACE TOWER I CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NO. 0011020878, AS AMENDED FROM TIME TO TIME, IN THE NORTHWEST 1/4 OF SECTION 21, TOWNSHIP 40 NORTH,

RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 14-21-101-054-2520.

KURT LERCHER warrants that there is one outstanding mortgage against the property and that his equitable interest in the real property approximately equals $81,944.97 (which represents the difference between the purchase price of $324,000 and the unpaid principal balance amount $242,055.03 as of June 1, 2008).

2. KURT LERCHER agrees that $81,944.97 of his equitable interest in the above-described real property may be forfeited to the United States of America should the defendant STEPHANIE GIESSELBACH fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. KURT LERCHER has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice he will receive is notice of court proceedings.

3. KURT LERCHER further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. KURT LERCHER understands that should defendant STEPHANIE GIESSELBACH fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. KURT LERCHER further agrees that he will maintain the subject property in good

repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5.  KURT LERCHER further understand that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant STEPHANIE GIESSELBACH he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. KURT LERCHER agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6.  KURT LERCHER hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 6/9/08

_____
KURT LERCHER
Surety/Grantor

Date: 6/9/08

_____
Witness

3